IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| CAROLYN HIGHTOWER, TERESA ALLEN, JOHN DAVENPORT, SELENA HENDERSON, AND ANGELA CARTER,<br><br>Plaintiffs,<br><br>vs.<br><br>OPEN DOOR HOME, INC., a Georgia Non-Profit Corporation,<br><br>Defendant. | CIVIL ACTION FILE<br>NO.: 4:12-CV-79-HLM |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Come now Plaintiffs Carolyn Hightower, Teresa Allen, John Davenport, Selena Henderson, and Angela Carter (collectively "Plaintiffs") and Defendant Open Door Home, Inc. ("ODH"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of this entire action and to the dismissal of all claims, with prejudice. Each party shall be responsible for their own costs and attorney fees.

Stipulated this  20th  day of August, 2012.

| MARTIN & MARTIN, LLP | BRINSON, ASKEW, BERRY SEIGLER, RICHARDSON & DAVIS, LLP |
|---|---|
| BY:  /s/ Thomas F. Martin  <br>THOMAS F. MARTIN<br>Georgia Bar No.: 482595<br>Counsel for Plaintiffs<br>tfmartinlaw@msn.com<br>(404) 313-5538 | BY:  /s/ I. Stewart Duggan  <br>I. STEWART DUGGAN<br>Georgia Bar No.: 232207<br>Counsel for Defendant ODH<br>isduggan@brinson-askew.com<br>(706) 291-8853 |